UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    DONALD A GRIFFIN  
    LISA GRIFFIN  
        Debtor(s)

Case No. 11-32468

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/08/2011.

2) The plan was confirmed on 10/07/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/27/2012, 06/12/2013.

5) The case was converted on 07/12/2013.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $5,271.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $8,887.50 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,887.50**

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $351.98 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$351.98**

Attorney fees paid and disclosed by debtor:   $259.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 1,000.00 | 2,623.00 | 2,623.00 | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 500.00 | 635.25 | 635.25 | 0.00 | 0.00 |
| ANESTHESIA CONSULTANTS | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Secured | 1,750.00 | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 1,268.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,200.00 | 1,403.39 | 1,403.39 | 0.00 | 0.00 |
| COMMERCIAL RECOVERY IN | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 1,028.00 | 1,028.24 | 1,028.24 | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Secured | 13,528.00 | 12,797.24 | 12,797.24 | 3,686.91 | 835.62 |
| CONSUMER FINANCIAL SERVICES | Secured | 12,004.00 | 12,004.00 | 12,004.00 | 3,221.15 | 791.84 |
| CREDIT MANAGEMENT INC | Unsecured | 747.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 4,289.49 | 4,309.84 | 4,309.84 | 0.00 | 0.00 |
| GASTROENTEROLOGY CONSULTAN | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BONE & JOINT CENTER | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 1,432.00 | 1,432.00 | 1,432.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 624.25 | 624.25 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 107.00 | 107.70 | 107.70 | 0.00 | 0.00 |
| JUDITH BENSINGER MD | Unsecured | 67.35 | NA | NA | 0.00 | 0.00 |
| KENOSHA PATHOLOGY CONSULTAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 95.11 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 206.69 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 577.29 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,271.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL PHYS | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| OLIVER ADJUSTMENT | Unsecured | 250.00 | 661.45 | 661.45 | 0.00 | 0.00 |
| OLIVER ADJUSTMENT | Unsecured | NA | 1,280.69 | 1,280.69 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 3,838.00 | 3,788.14 | 3,788.14 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 548.60 | 548.60 | 0.00 | 0.00 |
| UHS PHYSICIANS CLINIC | Unsecured | 105.69 | NA | NA | 0.00 | 0.00 |
| UNITED HOSPITAL SYSTEM | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | 1,200.00 | 1,200.13 | 1,200.13 | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $1,750.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,801.24 | $6,908.06 | $1,627.46 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,551.24** | **$6,908.06** | **$1,627.46** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$20,152.68** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $351.98 |
| Disbursements to Creditors | $8,535.52 |
| **TOTAL DISBURSEMENTS** : | **$8,887.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/22/2013        By: /s/ Glenn Stearns
                                                                 Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**